FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2002 JUL 25 AM 9: 19
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMES A. PERKINS

VERSUS

DAYBROOK FISHERIES, INC.

CIVIL ACTION

NO: 00-3165

00-3165

SECTION: "A" (4)

# JUDGMENT

Considering the answers of the jury to the interrogatories propounded by the Court at trial of this matter,

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Daybrook Fisheries, Inc., and against plaintiff James A. Perkins, dismissing plaintiff's claims with prejudice.

New Orleans, Louisiana, this 24th day of July 2002.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 25 2002

Fee
Process
X Dktd
✓ CtRmDep
Doc No 46