FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2002 SEP -6 PM 3:11
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JAMES A. PERKINS | CIVIL ACTION |
| VERSUS | NO: 00-3165 |
| DAYBROOK FISHERIES, INC. | SECTION: "A" |

## JUDGMENT

For the written reasons of the Court on file herein, accordingly;

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiff, James A. Perkins, and against defendant, Daybrook Fisheries, Inc., in the amount of $35,549.50 on the issue of cure.

New Orleans, Louisiana, this 6th day of September 2002.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP 06 2002

Fee
Process
X Dktd
CtRmDep
Doc.No. 55